## 7172.  EXCHANGE BANK OF OAKFIELD v. CONE.

HODGES, J.  This court will not interfere with the judgment of a trial court granting a new trial upon the ground of newly discovered evidence, unless it is made to appear that the trial judge abused his discretion.        *Judgment affirmed.*

DECIDED JULY 12, 1916.

Complaint; from city court of Thomasville—Judge W. H. Hammond.   December 1, 1915.

*Titus, Dekle & Hopkins,* for plaintiff in error.

*Merrill & Grantham,* contra.

## 7191.  HIGHT v. ATLANTA TELEPHONE & TELEGRAPH CO.

HODGES, J.  The answer to the petition for certiorari not affirmatively showing that a final judgment was rendered, the judge of the superior court did not err in dismissing the certiorari.   A motion to postpone the hearing of the certiorari in the superior court was not the remedy. Exceptions to the answer should have been taken by the party whose rights were affected by the incomplete answer.   Civil Code, § 5196; *Ford* v. *Toomer,* 116 *Ga.* 795 (43 S. E. 45) ; *Stoner* v. *Magins,* 116 *Ga.* 797 (43 S. E. 45).        *Judgment affirmed.*

DECIDED JULY 12, 1916.

Certiorari; from Fulton superior court—Judge Pendleton.   November 23, 1915.·

*W. A. James,* for plaintiff.